The Toledo Glove Manufacturing Company, appellant, v. Phillip Girson, trading as Phillip Girson & Company, appellee. Gen. No. 30,156.

Action for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the

643

first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925. Rehearing denied October 19, 1925.

Hoyne, O'Connor & Rubinkam, for appellant. Moses Levitan, for appellee.

Mr. Justice Fitch delivered the opinion of the court.